LAW OFFICE OF VINCENT MILETTI
Vincent Miletti, Esq.
2139 East 3rd Street
Brooklyn, New York 11223
Telephone: (347) 234-0034
Email: Vmiletti@aol.com

BRADFORD, LTD
Aaron P. Bradford, Esq.
2701 Lawrence Street, Suite 104
Denver, Colorado 80205
Telephone: (303) 325-5467
Facsimile: (844) 406-5294
Aaron@apb-law.com
*Counsel for Plaintiff Onyx Enterprises Int'l, Corp.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ONYX ENTERPRISES INT'L, CORP.**, a New Jersey corporation,<br><br>**Plaintiff,**<br><br>v.<br><br>**KHODROID,** a foreign corporation,<br><br>**Defendant**. | Case No. 3:20-cv-08179<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Onyx Enterprises Int'l, Corp. voluntarily dismisses without prejudice this action against Defendant KhodroID. This notice of

dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: November 18, 2020

/s/ Vincent Miletti
Vincent Miletti
LAW OFFICE OF VINCENT MILETTI
2139 East 3rd Street
Brooklyn, New York 11223
Telephone: (347) 234-0034
Email: Vmiletti@aol.com

*Counsel for Onyx Enterprises Int'l Corp.*

/s/ Aaron P. Bradford
Aaron P. Bradford
Mishele Kieffer
Nina Prevot
BRADFORD, LTD
2701 Lawrence Street, Suite 104
Denver, CO 80205
Telephone: (303) 325-5467
Email: aaron@apb-law.com

*Counsel for Onyx Enterprises Int'l Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify on this 18th day of November 2020, a true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** was filed via CM/ECF.

                                                  */s/ Vonda Westlake*
                                                  Vonda Westlake